**STATE OF LOUISIANA**    *   **NO. 2024-KA-0415**

**VERSUS**        *   **COURT OF APPEAL**

**ANTHONY N. GREEN SR.**   *   **FOURTH CIRCUIT**

             *   **STATE OF LOUISIANA**

             *

             *

      * * * * * * *

*JCL*  **LOBRANO, J., CONCURS IN THE RESULTS**